**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| RAYMOND M. KRUSHIN, | : | No. 165 MM 2015 |
| Petitioner | : | |
| v. | : | |
| HONORABLE JUDGE HUGHES, PRESIDENT JUDGE, LUZERNE COUNTY, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of December, 2015, the Application for Leave to File Original Process is **GRANTED**, the Petition for Writ of Mandamus is **DENIED**, and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.